# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

JOHN LANDRY and
BRENDA LANDRY

versus

CIVIL ACTION NO. 10-0149
JUDGE TOM STAGG

J.C. PENNEY CORPORATION INC.,
ET AL.

## JUDGMENT

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that the motions for summary judgment (Record Documents 101, 110, 116, and 118) filed by the defendants, J.C. Penney Corporation, Inc., ISS Facility Services, Inc., Johnson Controls, Inc., Federal Signal Corporation, and Federal Heath Sign Company, LLC ("the defendants"), as to the claims of John Landry and Brenda Landry ("the plaintiffs") be and are hereby **GRANTED**. Accordingly, all the plaintiffs' claims against the defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any pending cross-claims among the parties arising out of this matter are **DISMISSED WITH PREJUDICE**.

All claims among all parties are now resolved. Thus, the clerk of court is directed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this, the 4th day of May, 2012.

*[signature]*
JUDGE TOM STAGG